James White
Powledge Unit 12-19
1400 FM 3452
Palestine TX 75882

November 18, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 01 2015

Abel Acosta. Clerk

Clerk of the Court
P.O. Box 12308
Austin TX 78711

Re: Courts Record
Case No: 007-1131-13-A,
007-1131-13-B

To the esteemed Abel Acosta;
Greetings,

I am writing to request a copy of the courts record of submissions, dates and rulings of the above case numbers. The information is sought for litigation purposes.

At your earliest convenience, please send the requested information to the address above. Your service is greatly appreciated.

Respectfully,
James J. White
James J. White